UNITED STATES BANKRUPTCY COURT          (bf0938)
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                           Chapter 13

NORMA V. ROBINSON                 Case No. 1-18-44548

                                 Debtor.
-----------------------------------------------------------x

## AFFIDAVIT OF CONTRIBUTION

I, Christopher Beckford, being duly sworn, deposes and says:

1.      This affidavit is submitted on behalf of my aunt, who filed for bankruptcy protection under Chapter 13 of the United States Bankruptcy Code on August 6, 2018.

2.      I am employed as a home health aide. I am able and willing to contribute $1,000.00 monthly income towards my aunt's household expenses and/ or her Chapter 13 Plan payments.

3.      A copy of my recent pay stub(s) are attached hereto.

Dated: Richmond Hill, NY
          October 25, 2018                       */s/ Christopher Beckford*
                                                                  Christopher Beckford

Sworn to before me this
25th day of October, 2018

*/s/ Bruce Feinstein*
Bruce Feinstein
NOTARY PUBLIC

## THE RIVERSIDE — PAYROLL STUB
### 09/09/18 – 09/22/18

| Check Number | Period End | Name | ID No | Rate/Salary | Department | Deps | Res |
|---|---|---|---|---|---|---|---|
| 88183 | 09/22/18 | BECKFORD, CHRISTOPHER | 80051 | 21.5446 | 3892-0000 | S 0 | Y |

| Description | Hours | Rate | Earnings | Additions/Deductions This Pay | | | |
|---|---|---|---|---|---|---|---|
| REG | 63.00 | 21.5446 | 1357.31 | DUES N | 29.30 | POL ACN | 5.00 |
| SICK | 05.00 | 21.5446 | 107.72 | CHLDSN | 195.00 | DD #1 N | 672.97 |
| UNI NOTAX | 09.00 | 0.5000 | 4.50 | DD #2 N | 200.00 | | |
| TRAVEL NOTAX | 09.00 | 0.5000 | 4.50 | | | | |
| | | | | VAC BAL | 154.30 | VAC RIS | 0.00 |
| | | | | SICK BAL | 3.97 | PER BAL | 1.44 |

| | Gross | Federal | State | City | FICA | Medicare Tax | DIS/SUI | Net This Pay |
|---|---|---|---|---|---|---|---|---|
| THIS PAY | 1474.03 | 151.40 | 62.70 | 45.59 | 90.38 | 21.24 | 0.00 | 872.97 |
| YTD | | | | | | 402.35 | 0.00 | |

Software by Reliable Health Systems, Inc.

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

## THE RIVERSIDE
150 RIVERSIDE DRIVE, NEW YORK, NY 10024
Telephone Number (800) 555-1500

**PAYROLL ACCOUNT**              65-341/550

| Check No | Co ID | Department | ID Number | Social Security Number | Pay Date | Net Pay |
|---|---|---|---|---|---|---|
| 88183 | | 3892-0000 | 80051 | | 09/27/18 | $ .00 |

*** VOID *** VOID *** VOID *** VOID *** VOID ***

Congressional Bank

Pay To The Order Of: BECKFORD, CHRISTOPHER
111-11 WOODHAUL AVE #1B
HOLLIS, NY 11423

*** VOID *** VOID ***

DOCUMENT CONTAINS A COLORED PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

⑈088183⑈ ⑆055003418⑆ 901050390 3⑈

| | | | | 09/23/18 – 10/06/18 | | | |
|---|---|---|---|---|---|---|---|
| **THE RIVERSIDE** | | | **PAYROLL STUB** | | | | |
| Check Number | Period End | Name | | S.S. ID No. | Rate/Salary | Department | Dept Res |
| 88719 | 10/06/18 | BECKFORD, CHRISTOPHER | | 80051 | 21.5446 | 3892-0000 | S 0 Y |

| DESCRIPTION | HOURS | RATE | EARNINGS | ADDITIONS/DEDUCTIONS THIS PAY | | | |
|---|---|---|---|---|---|---|---|
| REG | 69.00 | 21.5446 | 1486.58 | DUES N | 29.73 | CHILDSN | 195.00 |
| UNIF | NOTAX 10.00 | 0.5000 | 5.00 | DD #1 N | 693.55 | DD #2 N | 200.00 |
| TRAVELU | NOTAX 10.00 | 0.5000 | 5.00 | | | | |
| | | | | VAC BAL | 154.30 | VAC HRS | 0.00 |
| | | | | SICK BAL | 7.16 | PER BAL | 1.98 |

| THIS PAY | 1496.58 | 153.99 | 64.06 | 46.53 | 92.17 | 24.55 | 0.00 | 893.55 |
|---|---|---|---|---|---|---|---|---|
| | GROSS | FEDERAL | STATE | CITY | FICA | MEDICARE TAX | DIS/SDI | **NET THIS PAY** |
| YTD DATE | 32289.18 | 2993.04 | 1161.14 | 850.63 | 1822.87 | 426.94 | 0.60 | |

Software by Reliable Health Systems, Inc.

▼ **REMOVE DOCUMENT ALONG THIS PERFORATION** ▼

THE RIVERSIDE
[address illegible] NEW YORK, NY 10024

PAYROLL ACCOUNT

| 88719 | | 3892-0000 | 80051 | | 10/11/18 | $.00 |
|---|---|---|---|---|---|---|
| Check No. | | Department | ID Number | Social Security Number | Pay Date | Net Pay |
| VOID | VOID | VOID | VOID | VOID | | |

Congressional Bank

PAY TO THE ORDER OF: BECKFORD, CHRISTOPHER
[address] WOODHAUL AVE #1B
[city] NY 11432

VOID VOID
VOID VOID

DOCUMENT CONTAINS A COLORED PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

⑈088719⑈ ⑆055003418⑆ 9010503903⑈