UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                                                          Case No. 18-44548-CEC

Norma V. Robinson,                                                  Chapter 13

                                 Debtors.
-------------------------------------------------------------------x

## ORDER TERMINATING LOSS MITIGATION

      WHEREAS, on October 12, 2018, Norma V. Robinson (the "Debtor") filed a request to enter into the Loss Mitigation Program with respect to property located at 190-15 Linden Blvd, Saint Albans, NY 11412, Loan No. 6257 with creditor U.S. Bank National Association As Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, Series 2007-MX1 (the "Secured Creditor"); and

      WHEREAS, on December 19, 2018, the Court issued an order directing the Debtor and the Secured Creditor to participate in the Loss Mitigation Program; and

      WHEREAS, a status conference on the Loss Mitigation was held on February 5, 2019;

      NOW, THEREFORE, for the reasons stated on the record at the February 5, 2019 status conference, it is

      ORDERED, that the Loss Mitigation Period is terminated.



**Dated: Brooklyn, New York**
**February 19, 2019**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**