UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

(bf 0938)

-----------------------------------------------------------x

In Re:

Case No.:1-18-44548-cec

NORMA ROBINSON,

Chapter 13

Debtor.

-----------------------------------------------------------x

## **LETTER OF ADJOURNMENT**

This letter shall serve as Notice that the Hearing on Confirmation which had been scheduled to be heard before Hon. Chief Judge Carla E. Craig on Wednesday, May 1, 2019 at 10:00 a.m. has been adjourned to Thursday, June 20, 2019 at 10:00 a.m. upon the consent of the parties and the permission of the Court

Dated: April 29, 2019
      Richmond Hill, NY

/s/ *Bruce Feinstein*
Bruce Feinstein, Esq.
(bf0938)
86-66 110th Street
Richmond Hill, NY 11418
(718) 570-8100 tel
(718) 570-8012 fax
brucefeinsteinesq@gmail.com