# LAW OFFICES OF BRUCE FEINSTEIN

86-66 110th Street
Richmond Hill, NY 11418
(718) 570-8100 tel
(718) 570-8012 fax
brucefeinsteinesq@gmail.com
June 17, 2019

<u>via ECF</u>
Honorable Chief Judge Carla Craig
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

                        Re:    Chapter 13 Case #1-18-44548-cec
                               Debtor: Norma V. Robinson

Dear Hon. Chief Judge Craig:

      Please be advised that the above-referenced Debtor will not object to the Trustee's Motion to Dismiss her case which is scheduled to be heard on Thursday, June 20, 2019 at 10:00 A.M..

      The Debtor had been rejected for a Trial Loan Modification following a review by the lender outside of the Loss Mitigation Program of the Court. This was subsequent to her Loss Mitigation being terminated within the Court's program. Without a successful loan modification, there is no way for the Debtor to propose a feasible Chapter 13 plan.

      Furthermore, on June 20, 2019, the Court granted the lender Relief from the Automatic Stay. The debtor requested a short period of time before the stay was lifted, as she is attempting to secure a mortgage to payof the lender in full and thus keep her property. The Court graciouslydirected the lender the settle an order on 45 days notice.

      The debtor is not objecting to the dismissal of her case, but again respectfully requests that the dismissal be subject to a notice of settlement on 45 days notice.

      Neither the debtor nor her attorney plans to appear at the Hearing on June 20, 2019 at 10:00 A.M. to be heard on this matter, but rather wishes for this letter shall serve as a statement of Debtor's position with regard to this matter.

                                                      Sincerely,

                                                      Bruce Feinstein

BIF:cgi
cc: Michael J. Macco, Trustee